UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDRA VILLERE, WIFE OF/ AND JULES CORWIN | CIVIL ACTION NO: |
| VERSUS | SECTION " " |
| WINN-DIXIE MONTGOMERY, L.L.C. | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Sandra Villere, wife of/ and Jules Corwin, who with respect represents that:

1.

Plaintiffs, Sandra Villere, wife of/ and Jules Corwin, are husband and wife and, are citizens of the State of Louisiana.

2.

Made defendant, herein is Winn-Dixie Montgomery, L.L.C., upon information and belief, a foreign corporation, doing business in the Parish of St. Tammany, State of Louisiana and specifically the Eastern District of Louisiana and the jurisdiction of this Honorable Court.

3.

This court has jurisdiction over this matter pursuant to *28 USC 1332*, diversity jurisdiction, in this matter involves a controversy between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and cost.

4.

On or about December 7, 2011, your petitioner, Sandra Villere was an invitee of the Winn-Dixie Store, owned and operated by the defendant, located at 3030 Pontchartrain Drive, Slidell, Parish of St. Tammany, State of Louisiana, when, while walking along the side walk of the store, plastic wrap from a firewood display which was blowing in the wind wrapped around petitioner's foot causing her to trip and fall and to suffer physical and mental injuries.

5.

As a result of this accident, Sandra Villere, suffered mental and physical injuries, as well as other injuries and damages to be shown upon the trial of this matter.

6.

Plaintiffs allege that the accident describe above resulted from the negligence of defendant, Winn-Dixie Montgomery, L.L.C., in the following particulars:

    a)    Failure to maintain the premises;

    b)    Failure to inspect the premises;

    c)    Failure to provide a safe place to shop;

    d)    Failure to set up an adequate inspection and maintenance schedule of the premises;

    e)    Failure to warn of a dangerous situation which could cause bodily harm; and,

    f)    Any other acts of negligence which may be shown upon the trial of this matter.

7.

As a result of this accident, your petitioner, Sandra Villere, suffered the following damages:

    a)    Past, present and future pain and suffering;

b)   Past, present and future medical expenses;

c)   Past, present and future loss of enjoyment of life;

d)   Past, present and future humiliation, embarrassment, inconvenience and loss of consortium;

e)   Past, present and future mental anguish;

f)   Past, present and future lost wages;

g)   Past, present and future loss of earning capacity; and,

h)   Any other damages which may be shown upon the trial of this matter.

8.

As a result of this accident, your petitioner, Jules Corwin, suffered the following damages:

a)   Loss of Consortium, service and society.

**WHEREFORE**, plaintiffs, Sandra Villere, wife of/ and Jules Corwin, pray that after due proceedings be had, there be judgment rendered herein in favor of plaintiffs and against defendant, Winn- Dixie Montgomery, L.L.C., in an amount that is reasonable in the premises with legal interest thereon from the date of judicial demand, for all costs of these proceedings, and for all general and equitable relief within the power of this Honorable Court.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES, LLC**

_/s/ Jim S. Hall_
**JIM S. HALL**( Bar No. 21644)
**JOSEPH W. RAUSCH** ( Bar No. 11394)
800 N. Causeway Blvd., Ste 100
Metairie, LA 70001
Telephone: 504-832-3000

**PLEASE SERVE:**

**Winn- Dixie Montgomery, L.L.C.**
THROUGH THEIR REGISTERED AGENT
CSC of St. Tammany Parish, Inc.
215 St. Ann Drive, Ste 2
Mandeville, Louisiana 70471