UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDRA VILLERE | * | CIVIL ACTION NO. 12-2293 |
| WIFE OF/AND JULES CORWIN | * | |
| | * | JUDGE: |
| VERSUS | * | IVAN L.R. LEMELLE |
| | * | |
| | * | MAGISTRATE: |
| WINN-DIXIE MONTGOMERY, L.L.C. | * | JOSEPH C. WILKINSON, JR. |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT** comes Plaintiffs, Sandra Villere and Jules Corwin, and Defendant, Winn-Dixie Montgomery, LLC ("Defendant"), who suggest to this Court that Plaintiffs wish to dismiss Defendant from the above numbered and entitled lawsuit with prejudice, each party to bear their own costs.

Respectfully submitted,

JIM S. HALL & ASSOCIATES, LLC

_____
JIM S. HALL (BAR NO.: 21644)
JOSEPH W. RAUSCH (BAR NO.: 11394)
800 N. Causeway Blvd., Ste. 100
Metairie, LA 70001
Telephone: 504-832-3000
*Counsel for Plaintiffs*

AND

Respectfully Submitted:

_____/s/ Courtenay_____
JOHN JERRY GLAS #24434 (T.A.)
RAYMOND C. LEWIS #31236
JAMES E. COURTENAY #31681
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Phone: 504-581-5141
Fax: 504-566-1201
jglas@dkslaw.com
jcourtenay@dkslaw.com
*Attorneys for Defendant, Winn-Dixie Montgomery, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of November, 2013, served a copy of the foregoing pleading on counsel for all parties to this proceeding by the Court's CM/ECF system, facsimile, e-mail, or by mailing the same by United States mail properly addressed, and first class postage prepaid.

_____/s/ Courtenay_____
JAMES E. COURTENAY

2