UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SANDRA VILLERE                                  CIVIL ACTION NO. 12-2293
WIFE OF/AND JULES CORWIN
                                                JUDGE:
VERSUS                                          IVAN L.R. LEMELLE

                                                MAGISTRATE:
WINN-DIXIE MONTGOMERY, L.L.C.                   JOSEPH C. WILKINSON, JR.

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice (Rec. Doc. 17)

**IT IS ORDERED** that Defendant, Winn-Dixie Montgomery, LLC be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Thus done and signed in New Orleans, Louisiana on 18th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

3